THE CITY OF NEW YORK, Respondent, *v.* DRY DOCK, EAST BROADWAY AND BATTERY RAILROAD COMPANY, Appellant.

(Argued June 12, 1929; decided July 11, 1929.)

*Alfred T. Davison* and *Addison B. Scoville* for appellant.

*Arthur J. W. Hilly,* Corporation Counsel (*Elliot S. Benedict, Charles W. Miller* and *J. Joseph Lilly* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.